UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL J. JACKSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 2:06CV00007 ERW ) |
| PAMELA FICK, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on plaintiff's notice of appeal [Doc. #27]. Title 28 U.S.C. § 1915(a) requires a prisoner seeking leave to appeal in forma pauperis to submit an affidavit of indigence and a certified copy of his prison account statement for the six month period immediately preceding the filing of the notice of appeal. Furthermore, § 1915(b)(1) requires a prisoner seeking leave to proceed on appeal in forma pauperis to pay the full amount of the filing fee.[1] If the prisoner has insufficient funds in his prison account to pay the entire fee, the Court must assess and, when funds exist, collect an initial partial filing fee of 20 percent of the greater of (1) the average monthly deposits in the prisoner's account; or (2) the average monthly balance in the prisoner's account for the prior six month period. See 28 U.S.C. § 1915 (b)(1). After payment of the initial partial filing fee, the prisoner is required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. See 28 U.S.C. § 1915 (b)(2). The agency having custody

---

[1]The total fee for filing an appeal is $455. This consists of a $5 fee, usually referred to as a "filing fee," and a $450 fee, usually referred to as a "docketing fee." The $5 fee is required by 28 U.S.C. § 1917 "[u]pon the filing of any separate or joint notice of appeal." The $450 "docketing fee" is required by resolution of the Judicial Conference of the United States acting pursuant to its authority to determine "[t]he fees and costs to be charged and collected in each court of appeals." 28 U.S.C. § 1913.

of the prisoner will forward these monthly payments to the Clerk of Court each time the amount in the prisoner's account exceeds $10, until the filing fee is fully paid.

Plaintiff has not submitted a motion for leave to proceed in forma pauperis on appeal or a certified copy of his prisoner account statement. However, the Court assumes that because plaintiff did not submit the filing fee with his notice of appeal, he intends to seek leave to proceed in forma pauperis on appeal. Therefore, the Court will order plaintiff to submit an affidavit and a certified copy of his prisoner account statement for the six month period immediately preceding the filing of his notice of appeal pursuant to 28 U.S.C. § 1915 (a)(1)(2).

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that plaintiff shall file a certified copy of his prisoner account statement for **the six month period immediately preceding the filing of his notice of appeal on May 23, 2007**, and a "motion to proceed on appeal in forma pauperis and affidavit in support – prisoner cases" within thirty (30) days from the date of this order.[2]

**IT IS FURTHER ORDERED** that if plaintiff fails to submit a certified copy of his prisoner account statement and a "motion to proceed on appeal in forma pauperis and affidavit in support" within thirty days from the date of this order, the Court will order him to pay the full $455 filing and docketing fees for filing an appeal.

---

[2]When requesting a certified copy of his prison account statement, plaintiff is instructed to inform the Missouri Department of Corrections that the account statement must include all activity on his account during the six month period preceding the filing of his notice of appeal on May 23, 2007.

**IT IS FURTHER ORDERED** that the Clerk shall forward, together with a copy of this order, a form "motion to proceed on appeal in forma pauperis and affidavit in support – prisoner cases" to plaintiff to complete and return with his certified copy of his prisoner account statement.

So Ordered this 13th Day of June, 2007.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE